AUGUST 5, 1987

No. 87–123. SCHULMAN v. UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 20, 1987

No. A–147. WHITLEY, WARDEN v. NEUSCHAFER. Application of the Attorney General of Nevada for an order to vacate the stay of execution of sentence of death entered by the United States District Court for the District of Nevada, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

AUGUST 21, 1987

No. 87–5319 (A–148). RAULT v. BUTLER, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

AUGUST 26, 1987

No. A–932. BECHTEL ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Sup. Ct. Cal. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.